UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ERIC V. PAPENFUS,<br><br>      Plaintiff,<br><br> v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>      Defendant. | Case No. C14-895 MJP<br><br>**ORDER REVERSING AND REMANDING FOR FURTHER ADMINISTRATIVE PROCEEDINGS** |

The Court has considered the Report and Recommendation filed in this case, and the record, and ORDERS that this case be REVERSED and REMANDED for further administrative proceedings, including the opportunity for a *de novo* hearing pursuant to sentence four of 42 U.S.C. § 405(g). Upon remand, the Administrative Law Judge will further consider whether the claimant has an impairment or combination of impairments that meets or equals a listed impairment; and obtain supplemental vocational expert testimony to assist in determining what impact if any the claimant's impairments would have on his ability to perform work related activities at steps four and five of the sequential evaluation process.

/

/

/

1	The Court further orders that plaintiff is entitled to reasonable attorney fees and costs
2	pursuant to 28 U.S.C. § 2412, upon proper request to this Court.
3	DATED this 26th day of November, 2014.

Marsha J. Pechman
Chief United States District Judge

ORDER REVERSING AND REMANDING FOR FURTHER
ADMINISTRATIVE PROCEEDINGS - 2